UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLETCHER KIZZAR JR.

    Plaintiff,

v.                                       CASE NO.: 8:17-cv-02082-CEH-AEP

MONTEREY FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

    COMES NOW, the Plaintiff, and provides notice that the parties have reached a settlement as to all claims. Upon finalization of the settlement terms, the Parties will file the necessary documents to dismiss this matter with Prejudice.

    Submitted this 8th day of August, 2018, by:

                                                   /s/Thomas M. Bonan
                                                 Thomas M. Bonan
                                                 Florida Bar Number: 118103
                                                 Seraph Legal, P. A.
                                                 2002 E. 5th Ave., Suite 104
                                                 Tampa, FL 33605
                                                 (813) 567-1230
                                                 tbonan@seraphlegal.com
                                                 Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on **August 8, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

Charles McHale
Golden, Scaz, & Gagain
cmchale@gsgfirm.com
Counsel for Monterey

                /s/Thomas M. Bonan
                Thomas M. Bonan
                Florida Bar Number: 118103