UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FLETCHER KIZZAR, JR.,**

      **Plaintiff,**

**Case No.** 8:17-cv-02082-CEH-AEP

**vs.**

**MONTEREY FINANCIAL SERVICES, LLC.,**

      **Defendant.**
_____/

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff, and provides notice of his dismissal of all claims in the above-captioned case with prejudice. Each Party will bear its own fees and costs.

Submitted October 15, 2018, by:

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103
Seraph Legal, P. A.
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
(813) 567-1230
tbonan@seraphlegal.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 15, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on the Defendant counsel via a CM/ECF e-service system notice or email.

/s/Thomas M. Bonan
Thomas M. Bonan
Florida Bar Number: 118103