UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLETCHER KIZZAR JR.

      Plaintiff,

v.   CASE NO.: 8:17-cv-02082-CEH-AEP

MONTEREY FINANCIAL
SERVICES, LLC,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Counsel for both parties have conferred on this matter as required by Local Rule 3.01(g) and pursuant to Federal Rule of Civil Procedure 41(a) hereby submit this joint stipulation dismissing the Plaintiff's claims in the above-captioned action with prejudice. Each Party agrees to bear its own fees and costs.

Dated:   October 19, 2018

| | |
|---|---|
| /s/ Charles J. McHale | /s/ Thomas M. Bonan |
| Charles J. McHale, Esq. | Thomas M. Bonan, Esq. |
| FBN: 0026555 | FBN: 118103 |
| GOLDEN SCAZ GAGAIN, PLLC | Seraph Legal, P.A. |
| 201 North Armenia Avenue | 2002 E. 5th Ave., Suite 104 |
| Tampa, FL 33609 | Tampa, Florida 33605 |
| Phone: 813-251-5500 | (813) 567-1230 |
| Fax: 813-251-3675 | tbonan@seraphlegal.com |
| Email: cmchale@gsgfirm.com | Attorneys for Plaintiff |
| Attorney for Defendant | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or email.

                                                /s/ Thomas M. Bonan
                                                Thomas M. Bonan
                                                Florida Bar Number: 118103