UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLETCHER KIZZAR, JR.,

    Plaintiff,

v.                           Case No: 8:17-cv-2082-T-36AEP

MONTEREY FINANCIAL SERVICES, LLC,

    Defendant.
_____/

**O R D E R**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 26). In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 26).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on October 19, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record